### King Unemployment Compensation Case.

Argued November 10, 1964. *Houston King*, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

### Myers Unemployment Compensation Case.

Argued November 11, 1964. *Louis H. Artuso*, for appellant; *Sydney Reuben*, Assistant Attorney General, with him *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

### Ozoskey Unemployment Compensation Case.

Argued November 10, 1964. *Amelia C. Ozoskey*, appellant, in propria persona, submitted a brief; *Sydney Reuben*, Assistant Attorney General, with him *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.